IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00153-AP

KAREN BRECHT,

        Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:
THEODORE B. PEAK
1776 South Jackson Street, Suite 602
Denver, CO 80210
(303) 757-6572
(303) 759-3356 (fax)

For Defendant:
THOMAS H. KRAUS
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
 (303) 844-0017
(303) 844-0770 (fax)

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed: 01/27/06**

    B.    **Date Complaint Was Served on U.S. Attorney's Office: 01/27/06**

    C.    **Date Answer and Administrative Record Were Filed: 07/10/06**

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**There are no issues with the accuracy or completeness of the administrative record.**

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

**None anticipated.**

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**This case does not involve unusually complicated or out-of-the-ordinary claims.**

**7. OTHER MATTERS**

**None.**

**8. PROPOSED BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due: October 2, 2006**

    B.    **Defendant's Response Brief Due: November 10, 2006**

    C.    **Plaintiff's Reply Brief (If Any) Due: November 24, 2006**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement: Oral Argument not requested.**

    **B.**    **Defendant's Statement:  Oral Argument not requested.**

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**    **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 29th day of August , 2006.

                                          BY THE COURT:

                                           S/John L. Kane
                                          U.S. DISTRICT COURT JUDGE

APPROVED:

                                                                     UNITED STATES ATTORNEY

<u>s/ Theodore B. Peak</u>  
By: THEODORE B. PEAK  
1776 South Jackson Street, Suite 602  
Denver, CO 80210  
(303) 757-6572  
(303) 759-3356 (fax)  
T_Peak@hotmail.com  

Attorney for Plaintiff

<u>s/ Thomas H. Kraus</u>  
By: THOMAS H. KRAUS  
Special Assistant U.S. Attorney  

*Mailing Address:*  
1961 Stout St., Suite 1001A  
Denver, Colorado  80294  
Telephone:  (303) 844-0017  
tom.kraus@ssa.gov  

*Street Address:*  
United States Attorney's Office  
1225 Seventeenth Street, Suite 700  
Denver, Colorado  80202  
Telephone:  (303) 454-0100  

Attorney for Defendant(s)