IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00153-MSK

KAREN BRECHT,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## ORDER RESETTING HEARING

THIS MATTER comes before the Court *Sua Sponte*. Due to a scheduling conflict,

**IT IS ORDERED** that the Oral Argument set for February 1, 2007 is **VACATED** and **RESET to May 4, 2007 at 8:30 a.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

Dated this 26th day of January, 2007

                                         **BY THE COURT:**

*[signature: Marcia S. Krieger]*

                                         Marcia S. Krieger
                                         United States District Judge