IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00153-MSK

KAREN BRECHT,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

**ORDER**

THE PARTIES Stipulated Motion To Vacate and/or To Continue Oral Argument is before the Court. It appears that matter may have been resolved. If it has, then this case should be dismissed. If not, then the hearing should proceed as scheduled. Because no

good cause has been shown to vacate the hearing,

    **IT IS ORDERED** that the parties' motion is **DENIED.**

Dated this 25th day of April, 2007

                                    **BY THE COURT:**

                                    Marcia S. Krieger
                                    United States District Judge