IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00153-MSK

KAREN BRECHT,

        Plaintiff,

v.

MICHAEL J. ASTRUE[1], *Commissioner of Social Security,*

        Defendant.

## ORDER OF DISMISSAL AND TO CLOSE CASE

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Withdraw Complaint and Vacate the Hearing **(#16)** filed April 30, 2007.  The Court having reviewed the foregoing finds that it is essentially a voluntary dismissal of this action by the Plaintiff.  There are no counterclaims.  As a consequence, it is

**ORDERED** that the Motion **(#16) is GRANTED**.  This matter is dismissed.  The Clerk shall close the case.

Dated this 2nd day of May, 2007

                              **BY THE COURT:**

                              *Marcia S. Krieger* (signature)

                              Marcia S. Krieger
                              United States District Judge

---

[1] Michael J. Astrue, is substituted for Jo Anne B. Barnhart as the defendant in this suit.